

**Entered on Docket**
**August 27, 2009**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**



Richard F. Holley, Esq. (NV Bar No. 3077)
Email: rholley@nevadafirm.com
Ogonna M. Atamoh, Esq. (NV Bar No. 7589)
Email: oatamoh@nevadafirm.com
SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:     702/791-0308
Facsimile:     702/791-1912

*Attorney for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>NOVEMBER 2005 LAND INVESTORS, LLC,<br><br>Debtor. | Case No. BK-S-09-17474-MKN<br>Chapter 11<br><br>**ORDER GRANTING MOTION FOR ORDER AUTHORIZING DEBTOR-IN-POSSESSION SUPER-PRIORITY FINANCING UNDER 11 U.S.C. § 364(C)(1)**<br><br>Date of Hearing:     August 21, 2009<br>Time of Hearing:     1:30 .m. |

November 2005 Land Investors, LLC ("Debtor") filed the Motion for Order Authorizing Debtor-In-Possession Super-Priority Financing Under 11 U.S.C. Section 364(c)1) ("Motion") [Dkt. No. 89] on July 10, 2009. The Motion came before the Court for consideration on August 19, 2009 and was continued to August 21, 2009 at 1:30 p.m. for issuance of the Court's ruling.

Richard F. Holley, Esq., of the law firm of Santoro, Driggs, Walch, Kearney, Holley & Thompson, appeared on behalf of Debtor. Susan G. Boswell, Esq., of the law firm of Quarles &

08159-02/488925_2

1  Brady LLP, appeared on behalf of Summerset Development Services, L.L.C., NLV Holding,

2  L.L.C., Standard Pacific of Las Vegas, Inc. AWH North, L.L.C., Olympia NLV Associates,

3  L.L.C., NLV 2009 Investors, L.L.C., AWH North NLV 2009, L.L.C., SPIC NLV 2009, Inc., and

4  Olympia 2009 NLV Investors, L.L.C.; Andrew M. Troop, Esq., of the law firm of Cadwalader,

5  Wickersham & Taft LLP, appeared on behalf of Credit Suisse, Cayman Islands Branch as

6  secured creditor and Administrative Agent and Collateral Agent for the First Lien Lenders;

7  Marshall C. Turner, Esq., of the law firm of Husch Blackwell Sanders LLP, appeared on behalf

8  of the Ad Hoc Committee, Kaaran E. Thomas, Esq., of the law firm of McDonald Carano Wilson

9  LLP, appeared on behalf of DRHI, Inc.; William F. Govier, Esq., of the law firm of Bingham

10  McCutchen LLP, appeared on behalf of SOLA, Ltd.; Jeffery D. Hermann, Esq., of the law firm

11  of Orrick, Herrington & Sutcliffe LLP, appeared on behalf of Wilmington Trust FSB, as

12  Administrative Agent and Collateral Agent for the Second Lien Lenders; and August B. Landis,

13  Esq., appeared on behalf of the Office of United States Trustee.  Other appearances were noted

14  on the record.

15      The Court reviewed the Motion, the Declaration of Douglas Hensley In Support of

16  Motion to Approve Super-Priority Debtor-In-Possession Financing and Exhibits thereto

17  ("Hensley Declaration") [Dkt. No. 90]; the Omnibus Declaration of Douglas W. Hensley filed

18  June 11, 2009 [Dkt. No. 59]; the Objection of the "Ad Hoc" Committee to the Debtor's Motion

19  for Order Authorizing Debtor-In-Possession Super-Priority Financing Under 11 U.S.C Section

20  364(c)(1) filed July 24, 2009 [Dkt. No. 161]; DRHI Objection to Debtor's Motion for Authority

21  to Obtain Credit Under Section 364(b), Rule 4001(c) or (d) (Motion for Order Authorizing

22  Debtor-in-Possession Super Priority Financing Under 11 U.S.C. Section 364(c)(1)) [DOC. #89]

23  filed on July 27, 2009 [Dkt. No. 168]; the Joinder in Ad Hoc Committee's Objection to the

24  Debtor's Motion for Order Authorizing Debtor-in-Possession Super-Priority Financing Under 11

25  U.S.C. Section 364(c)(1) and Objection of SOLA, Ltd. filed on July 28, 2009 by SOLA Ltd.

26  [Dkt. No. 171]; Omnibus Reply in Support of Motion for Order Authorizing Debtor-in-

27  Possession Super-Priority Financing Under 11 U.S.C. Section 364(c)(1) filed on August 12, 2009

28  [Dkt. No. 240]; the Declaration of John S. Gilchrist in Support of Debtor's Omnibus Reply in

SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON

SDW

[08159-02/488925_2]

- 2 -

1   Support of Motion for Order Approving Agreement for Adequate Protection and for Plan

2   Treatment and Debtor's Motion for Order Authorizing Debtor-in-Possession Financing Under 11

3   U.S.C. Section 364(c)(1) filed August 12, 2009 [Dkt. No. 242]; Credit Suisse Cayman Islands

4   Branch's Joinder to the Debtor's Debtor's Replies in Support of the Motions (A) Approving

5   Agreement for Adequate Protection, Settlement and Plan Treatment; (B) Authorizing Debtor-in-

6   Possession Financing; and (C) Approving Adequacy of Disclosure Statement and Other Relief

7   filed August 14, 2009 [Dkt. No. 245]; and Joinder to Debtor's Pleadings in Support of its

8   Motions (A) to Approve Agreement for Adequate Protection, Settlement and Plan Treatment;

9   (B) to Authorize Debtor-in-Possession Financing and (C) to Approve Adequacy of Disclosure

10   Statement and Other Relief [Dkt. Nos 253, 238, 240, 241, 244] filed by Summerset Development

11   Services, L.L.C., NLV Holding, L.L.C., Standard Pacific of Las Vegas, Inc. AWH North, L.L.C.

12   and Olympia NLV Associates, L.L.C., NLV 2009 Investors, L.L.C., AWH North NLV 2009,

13   L.L.C., SPIC NLV 2009, Inc., and Olympia 2009 NLV Investors, L.L.C. on August 14, 2009

14   [Dkt. No. 250], the pleadings and papers on file herein and considered the oral argument of

15   counsel at the hearing.  Based upon the findings of fact and conclusions of law placed on the

16   record at the hearing and incorporated herein pursuant to Rule 7052 of the Federal Rules of

17   Bankruptcy Procedure and good cause appearing,

18       **IT IS HEREBY ORDERED** that cause appears and the Motion is approved in its

19   entirety and that Debtor is authorized to obtain debtor-in-possession financing from NLV 2009

20   Investors L.L.C. pursuant to the terms and conditions contained in the Motion and in the Debtor-

21   In-Possession Financing Agreement (the "DIP Loan Agreement")[1], attached as Exhibit "1" to the

22   Declaration of Douglas Hensley In Support of Motion to Approve Super-Priority Debtor-In-

23   Possession Financing and Exhibits thereto ("Hensley Declaration") [Dkt. No. 90];

24       **IT IS FURTHER ORDERED** that NLV 2009 Investors, L.L.C. is granted a super-

25   priority administrative claim pursuant to 11 U.S.C. Section 364(c)(1) having priority over any

26   and all administrative expenses of the kinds specified in 11 U.S.C. Section 503(b) or 507(b),

27

28   [1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON

SDW

[08159-02/488925_2]

1  subject to the Carve-Out and subject to and subordinated to the First Lien Obligations and the

2  Second Lien Obligations (each term as defined in the DIP Loan Agreement).

3       **IT IS FURTHER ORDERED** that approved financing is and shall remain subordinated

4  in priority and payment to the Senior Obligations (as defined in the DIP Loan Agreement).

5       **IT IS SO ORDERED**.

6  APPROVED / DISAPPROVED               APPROVED / DISAPPROVED

7  Dated this 25th day of August, 2009.      Dated this 25th day of August, 2009.
   QUARLES & BRADY LLP            CADWALADER, WICKERSHAM & TAFT

8                                           LLP

9      /s/ Susan G. Boswell, Esq.           /s/ Andrew M. Troop, Esq.
   Susan G. Boswell, Esq. NV Bar No. 4539    Andrew M. Troop, Esq. (*pro hac vice pending*)

10 One South Church Avenue            One World Financial Center
   Suite 1700                           New York, New York  10281

11 Tucson, AZ 85701-1621           *Attorneys for Credit Suisse, Cayman Islands*
   *Counsel for Summerset Development Services*   *Branch; as secured creditor and*

12 *LLC; NLV Holding, L.L.C., Standard Pacific of*   *Administrative Agent and Collateral Agent for*
   *Las Vegas, Inc. AWH North, L.L.C. and*     *the First Lien Lenders*

13 *Olympia NLV Associates, L.L.C., NLV 2009*
   *Investors, L.L.C., AWH North NLV 2009,*

14 *L.L.C., SPIC NLV 2009, Inc., and Olympia*
   *2009 NLV Investors, L.L.C.*

15 APPROVED / DISAPPROVED             APPROVED / DISAPPROVED

16

17 Dated this 25th day of August, 2009.      Dated this 25th day of August, 2009.
   HUSCH BLACKWELL SANDERS LLP     MCDONALD CARANO WILSON LLP

18     /s/ Marshall C. Turner, Esq.          /s/ Kaaran E. Thomas, Esq.
   Marshall C. Turner, Esq.             Kaaran E. Thomas, Esq. (NV Bar No. 7193)

19 190 Carondelet Plaza, Suite 600      100 West Liberty Street, 10th Floor
   Clayton, Missouri 63105             Reno, NV 89505-1670)

20 *Attorneys for Ad Hoc Committee of Certain*    *Attorneys For DRHI, Inc.*
   *Secured Creditors of November 2005 Land*

21 *Investors, LLC*

22 APPROVED / DISAPPROVED             APPROVED / DISAPPROVED

23 Dated this 25th day of August, 2009.      Dated this 25th day of August, 2009.
   BINGHAM MCCUTCHEN LLP         ORRICK, HERRINGTON & SUTCLIFFE

24                                          LLP

25     /s/ William F. Govier, Esq.         /s/ Jeffery D. Hermann, Esq.
   William F. Govier, Esq.             Jeffery D. Hermann, Esq.

26 355 South Grand Avenue, Suite 4400     777 South Figueroa Street
   Los Angeles, CA 90071           Los Angeles, CA 90017

27 *Attorneys for SOLA Ltd.*            *Attorneys For Wilmington Trust FSB, as*
                                     *Administrative Agent and Collateral Agent for*

28                                   *the Second Lien Lenders*

SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON

SDW

- 4 -

1 ~~REVIEWED~~ APPROVED

2 Dated this 25ᵗʰ day of August, 2009.
UNITED STATES TRUSTEE

3

4 August B. Landis, Esq.
300 Las Vegas Blvd. South, #4300

5 Las Vegas, Nevada  89101

6 Prepared and submitted by:

7 **SANTORO, DRIGGS, WALCH,**
**KEARNEY, HOLLEY & THOMPSON**

8

9

Richard F. Holley, Esq. (NV Bar No. 3077)

10 Email:  rholley@nevadafirm.com
Ogonna M. Atamoh, Esq. (NV Bar No. 7589)

11 Email:  oatamoh@nevadafirm.com
400 South Fourth Street, Third Floor

12 Las Vegas, Nevada 89101
*Attorneys for Debtor*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 5 -

[08159-02/488925_2]

## RULE 9021 CERTIFICATE

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐    The Court has waived the requirements of approval under LR 9021.

☐    No parties appeared or filed written objections, and there is no trustee appointed in the

☒    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

Susan G. Boswell, Esq.- Approved

Andrew M. Troop, Esq. - Approved

Marshall C. Turner, Esq. - Approved

Kaaran E. Thomas, Esq.- Approved

William F. Govier, Esq. - Approved

Jeffery D. Hermann, Esq. – Approved

August B. Landis, US Trustee - Approved

SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON

_Richard Holley_ _____
Richard F. Holley, Esq. (NBN 3077)
Ogonna M. Atamoh, Esq. (NBN. 7589)
400 South Street, Third Floor
Las Vegas, NV  89101

###

- 6 -

[08159-02/488925_2]