**Entered on Docket**
**August 28, 2009**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**



Richard F. Holley, Esq. (NV Bar No. 3077)
Email: rholley@nevadafirm.com
Ogonna M. Atamoh, Esq. (NV Bar No. 7589)
Email: oatamoh@nevadafirm.com
SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:    702/791-1912

*Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>NOVEMBER 2005 LAND INVESTORS, LLC,<br><br>Debtor. | Case No. BK-S-09-17474-MKN<br>Chapter 11<br><br>**ORDER APPROVING DISCLOSURE STATEMENT, FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, AND FIXING TIME FOR FILING OBJECTIONS TO THE DISCLOSURE STATEMENT AND TO THE CONFIRMATION OF THE PLAN, COMBINED WITH NOTICE THEREOF AND OF THE HEARING ON FINAL APPROVAL OF THE DISCLOSURE STATEMENT AND THE HEARING ON CONFIMATION OF THE PLAN**<br><br>Date of Hearing:    August 19, 2009<br>Time of Hearing:    9:30 a.m. |

08159-02/489468_2

A Disclosure Statement to Accompany Debtor's Plan of Reorganization, having been filed on July 17, 2009 (the "Disclosure Statement") [Dkt. No. 127], under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), by November 2005 Land Investors, LLC (the "Debtor"), as debtor and debtor-in-possession in the above-captioned bankruptcy case and proponents of the Debtor's Plan of Reorganization; and

It having been determined that the Disclosure Statement, together with modifications announced in open court at the hearing held, after sufficient notice, on August 19, 2009 at 9:30 a.m., contains "adequate information" within the meaning of Bankruptcy Code Section 1125(a)(1);

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**, and notice is hereby given, that:

A.   The Disclosure Statement filed by Debtor and proponents of the Debtor's Chapter 11 Plan of Reorganization, dated July 17, 2009 [Dkt. No. 127], as modified pursuant to the modifications proposed in open court and as ordered by the Court, on August 19, 2009 at 9:30 a.m., is approved.

B.   The form of ballots (the "Ballots"), attached hereto as Exhibit 1 of the Debtor's Motion for Order Approving Disclosure Statement, Approving, Fixing Time for Filing Acceptances or Rejections of the Plan, and Fixing the Time for Filing Objections to the Disclosure Statement and to the Confirmation of the Plan, Combined with Notice Thereof and of the Hearing on Final Approval of the Disclosure Statement and the Hearing on Confirmation of the Plan (the "Motion") sent to those classes of claims entitled to vote on the Plan (the "Voting Classes")[1] to solicit their acceptance or rejection of the Plan, is approved.

C.   On or before August 28, 2009, the Plan, Disclosure Statement, Order Conditionally Approving Disclosure Statement, Fixing Time for Filing Acceptances or Rejections of the Plan, and Fixing the Time for Filing Objections to the Disclosure Statement and to the Confirmation of the Plan, Combined with Notice Thereof and of the Hearing on Final

---

[1] The Voting Classes consist of those Classes that are impaired under the Plan and that will receive or retain property under the Plan. The Voting Classes under the Plan are Classes 1, 2, 3, 4 and 5.

[08159-02/489468_2]

Approval of the Disclosure Statement and the Hearing on Confirmation of the Plan (the "Confirmation Notice"), and Ballots (collectively, the "Solicitation Materials:"), shall be mailed to the creditors, equity interest holders, and other parties in interest, and shall be submitted to the United States Trustee, as provided in Fed. R. Bankr. P. 3017(d), as follows:

| Creditor/Party-In-Interest | Solicitation Materials. |
|---|---|
| All Parties in Official Creditor Matrix | Confirmation Notice |
| Persons Who Have Requested Special Notice | Plan, Disclosure Statement, & Confirmation Notice |
| Unclassified Claims (Administrative Expense Claims) | Plan, Disclosure Statement, & Confirmation Notice |
| Class 1: Prepetition Secured Tax Claims (Impaired) | Plan, Disclosure Statement, Confirmation Notice & Ballot |
| Class 2: First Lien Lenders Secured Claims (Impaired) | Plan, Disclosure Statement, Confirmation Notice & Ballot |
| Class 3: Second Lien Lenders Secured Claims (Impaired) | Plan, Disclosure Statement, Confirmation Notice & Ballot |
| Class 4: General Unsecured Convenience Claims (Impaired) | Plan, Disclosure Statement, Confirmation Notice & Ballot |
| Class 5: General Unsecured Claims (Impaired) | Plan, Disclosure Statement, Confirmation Notice & Ballot |

D. Dates and deadlines related to confirmation of the Plan are as follows:

1. October 1, 2009 at 10:00 a.m. and October 2, 2009 at 9:30 a.m. Pacific Time is the date and time fixed for the hearing on confirmation of the Plan (the "Confirmation Hearing");

2. September 21, 2009 is fixed as the last day fixed for submitting Ballots accepting or rejecting the Plan;

. . .

[08159-02/489468_2]

3.     September , 15, 2009 is fixed as the last day for filing and serving, as set forth below, written objections (including any memoranda, declarations and evidence in support thereof) to confirmation of the Plan, pursuant to Fed. R. Bankr. P. 3020(b)(1); and

4.     September 23, 2009 is fixed as the last day for Debtor to file its memoranda in support of the Plan, including any response to objections to confirmation, any evidentiary declarations in support of confirmation, and the ballot tabulation analysis.

E.     The method for tabulating votes accepting or rejecting the Plan, in accordance with the Bankruptcy Code and the Bankruptcy Rules, shall be as follows:

1.     The amount of a claim (the "Claim") for voting purposes will be the amount listed in the Debtor's bankruptcy schedules (the "Schedules"), if such Claim is listed as not contingent, not unliquidated, and not disputed (the "Scheduled Amount") and for which there is no Liquidated Amount (as defined below), unless a proof of claim ("Proof of Claim") in a specified liquidated amount has been timely filed and is neither the subject of an objection to claim ("Objection to Claim"), filed before the Confirmation Hearing, nor been disallowed prior to the Confirmation Hearing, whereupon the amount of the Claim for voting purposes shall be such specified liquidated amount (the "Liquidated Amount"), unless an amount has been temporarily allowed by order of the Court for voting purposes, after notice and a hearing in accordance with Bankruptcy Rule 3018(a), in which event the Claim will be counted in such amount (the "Temporary Amount"). In the event a Proof of Claim is filed for an unliquidated, unknown, or unstated amount, and there is no Scheduled Amount, then subsection (4.) below shall govern the amount of the Claim for voting purposes.

2.     If a creditor submits a Ballot that asserts a Claim amount that is different from the Scheduled Amount, the Liquidated Amount, or, if applicable, the Temporary Amount, then the amount of such Claim, for voting purposes, shall be: (i) the Scheduled Amount, if there is no Liquidated Amount; (ii) the Liquidated Amount, if there is a

- 4 -

[08159-02/489468_2]

Liquidated Amount; or (iii) if applicable, the Temporary Amount, regardless of the Liquidated Amount or the Scheduled Amount.

3. If a creditor submits a Ballot for a Claim for which there is no Proof of Claim filed, or the amount of the Proof of Claim is not a specified Liquidated Amount, or which is not listed on the Schedules or is listed thereon as contingent, unliquidated, or disputed, then the Ballot will not be counted unless otherwise ordered by the Court.

4. A Ballot cast by a creditor who has filed a Proof of Claim in an unliquidated, unknown, or unstated amount, that is not the subject of an Objection to Claim and for which there is no Scheduled Amount, will be counted for satisfying the numerosity requirement of Bankruptcy Code section 1126(c), but will not be counted toward satisfying the aggregate amount provisions of that section.

5. If a creditor has Claims in more than one Class, such creditor must submit a separate Ballot for voting its Claim in each separate Class. If a creditor requires additional copies of the Ballot, such creditor may either photocopy the original Ballot, or obtain additional Ballots pursuant to the instructions set forth in the Confirmation Notice and the Ballot. If a creditor uses one Ballot to vote claims in more than one Class, such Ballot will not be counted.

6. If a member of a Voting Class casts more than one Ballot voting the same Claim before the last day for submitting Ballots, the last Ballot received prior to the deadline for submitting Ballots shall supersede any prior Ballot(s).

7. Any vote cast by a member of a Voting Class, pursuant to a Ballot that is incomplete or is not timely received by Debtor's counsel, shall not be counted.

F. Richard F. Holley, Esq. (the "Ballot Tabulator"), of the law firm Santoro, Driggs, Walch, Kearny, Holley & Thompson, Debtor's reorganization counsel, is designated to receive and tabulate the Ballots for the Plan and to prepare the Ballot tabulation analysis. The Ballot Tabulator's contact information is as follows:

. . .

. . .

[08159-02/489468_2]

Richard F. Holley, Esq. (NV Bar No. 3077)
SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: (702) 791-0308
Facsimile: (702) 79-1912
Email: rholley@nevadafirm.com

G. All pleadings, documents, exhibits and evidence filed in support of, or in opposition to, confirmation of the Plan (collectively, the "Confirmation Pleadings"), shall be governed by the following procedures related to service and the admissibility of evidence that may be presented at the Confirmation Hearing:

1. Confirmation Pleadings must be served upon counsel for the Debtor, Debtor's Financial Advisor Valtus Capital Group, LLC, and the Office of the United States Trustee, at the addresses set forth below:

| | |
|---|---|
| Richard F. Holley, Esq. (NV Bar No. 3077)<br>Ogonna M. Atamoh, Esq. (NV Bar No. 7589)<br>SANTORO, DRIGGS, WALCH,<br>KEARNEY, HOLLEY & THOMPSON<br>400 South Fourth Street, Third Floor<br>Las Vegas, Nevada 89101<br>Telephone: (702) 791-0308<br>Facsimile: (702) 79-1912 | Valtus Capital Group, LLC<br>Attn: John S. Gilchrist<br>3800 Howard Hughes Parkway<br>7th Floor<br>Las Vegas, Nevada 89169<br>Telephone: (702) 216-2600 |

Office of the United States Trustee
Foley Federal Building
300 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Facsimile: (702) 388-6658

2. All declarants (except for declarants making declarations of service) or affiants must appear, and be available, without need for subpoena, for cross-examination at the Confirmation Hearing. The testimony of any declarant or affiant who does not present himself or herself for cross-examination at the Confirmation Hearing will be

. . .

. . .

. . .

. . .

[08159-02/489468_2]

- 6 -

1  stricken from the record and will not be considered in determining contested issues at the

2  Confirmation Hearing, unless such party's appearance has been excused by order of the Court.

3  **IT IS SO ORDERED.**

4  APPROVED / DISAPPROVED                          APPROVED / DISAPPROVED

5  Dated this 26th day of August, 2009.             Dated this 26th day of August, 2009.
   QUARLES & BRADY LLP                              CADWALADER, WICKERSHAM & TAFT
6                                                   LLP

7  _____/s/ Susan G. Boswell, Esq._____           _____/s/ Andrew M. Troop, Esq._____
   Susan G. Boswell, Esq. NV Bar No. 4539           Andrew M. Troop, Esq. (*pro hac vice pending*)
8  One South Church Avenue                          One World Financial Center
   Suite 1700                                       New York, New York  10281
9  Tucson, AZ 85701-1621                            *Attorneys for Credit Suisse, Cayman Islands*
   *Counsel for Summerset Development Services*     *Branch, as secured creditor and*
10 *LLC; NLV Holding, L.L.C., Standard Pacific of*  *Administrative Agent and Collateral Agent for*
   *Las Vegas, Inc. AWH North, L.L.C. and*          *First Lien Lenders*
11 *Olympia NLV Associates, L.L.C., NLV 2009*
   *Investors, L.L.C., AWH North NLV 2009,*
12 *L.L.C., SPIC NLV 2009, Inc., and Olympia*
   *2009 NLV Investors, L.L.C.*

13

14 APPROVED / DISAPPROVED                           APPROVED / DISAPPROVED

15 Dated this 27th day of August, 2009.             Dated this 26th day of August, 2009.
   HUSCH BLACKWELL SANDERS LLP                      MCDONALD CARANO WILSON LLP

16 _____/s/ Marshall C. Turner, Esq._____         _____/s/ Kaaran E. Thomas, Esq._____
   Marshall C. Turner, Esq.                         Kaaran E. Thomas, Esq. (NV Bar No. 7193)
17 190 Carondelet Plaza, Suite 600                  100 West Liberty Street, 10th Floor
   Clayton, Missouri 63105                          Reno, NV 89505-1670)
18 *Attorneys for Ad Hoc Committee of Certain*      *Attorneys For DRHI, Inc.*
   *Secured Creditors of November 2005 Land*
19 *Investors, LLC*

20 APPROVED / DISAPPROVED                           APPROVED / DISAPPROVED

21 Dated this 27th day of August, 2009.             Dated this 26th day of August, 2009.
   BINGHAM MCCUTCHEN LLP                            ORRICK, HERRINGTON & SUTCLIFFE
22                                                  LLP

23 _____/s/ William F. Govier, Esq._____          _____/s/ Jeffery D. Hermann, Esq._____
   William F. Govier, Esq.                          Jeffery D. Hermann, Esq.
24 355 South Grand Avenue, Suite 4400               777 South Figueroa Street
   Los Angeles, CA 90071                            Los Angeles, CA 90017
25 *Attorneys for SOLA Ltd.*                        *Attorneys For Wilmington Trust FSB, as*
                                                    *Administrative Agent and Collateral Agent for*
26                                                  *the Second Lien Lenders*

27

28



SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON

[08159-02/489468_2]

| | | |
|---|---|---|
| 1 | REVIEWED | APPROVED / DISAPPROVED |
| 2 | Dated this ____ day of August, 2009.<br>UNITED STATES TRUSTEE | Dated this <u>26th</u> day of August, 2009.<br>SCHWARTZER & MCPHERSON LAW FIRM |

REVIEWED

Dated this ____ day of August, 2009.
UNITED STATES TRUSTEE

_____
August B. Landis, Esq.
300 Las Vegas Blvd. South, #4300
Las Vegas, Nevada 89101

Prepared and submitted by:

**SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON**

_____
Richard F. Holley, Esq. (NV Bar No. 3077)
Email: rholley@nevadafirm.com
Ogonna M. Atamoh, Esq. (NV Bar No. 7589)
Email: oatamoh@nevadafirm.com
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
*Attorneys for Debtor*

APPROVED / DISAPPROVED

Dated this <u>26th</u> day of August, 2009.
SCHWARTZER & MCPHERSON LAW FIRM

_____/s/ Lenard E. Schwartzer, Esq._____
Lenard E. Schwartzer, Esq.
2850 South Jones Boulevard., Suite 1
Las Vegas, NV 89146
*Attorneys For City of North Las Vegas*

[08159-02/489468_2]

| REVIEWED + APPROVED | APPROVED / DISAPPROVED |
|---|---|
| Dated this 26th day of August, 2009.<br>UNITED STATES TRUSTEE<br><br>*/s/ August B. Landis*<br>August B. Landis, Esq.<br>300 Las Vegas Blvd. South, #4300<br>Las Vegas, Nevada 89101<br><br>Prepared and submitted by:<br><br>**SANTORO, DRIGGS, WALCH,<br>KEARNEY, HOLLEY & THOMPSON**<br><br>*/s/ Richard F. Holley*<br>Richard F. Holley, Esq. (NV Bar No. 3077)<br>Email: rholley@nevadafirm.com<br>Ogonna M. Atamoh, Esq. (NV Bar No. 7589)<br>Email: oatamoh@nevadafirm.com<br>400 South Fourth Street, Third Floor<br>Las Vegas, Nevada 89101<br>*Attorneys for Debtor* | Dated this ____ day of August, 2009.<br>SCHWARTZER & MCPHERSON LAW FIRM<br><br>_____<br>Lenard E. Schwartzer<br>2850 South Jones Boulevard., Suite 1<br>Las Vegas, NV 89146<br>*Attorneys For City of North Las Vegas* |

- 8 -

[08159-02/489468_2]

## RULE 9021 CERTIFICATE

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐ The Court has waived the requirements of approval under LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in the

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

Susan G. Boswell, Esq. - Approved

Andrew M. Troop, Esq. - Approved

Marshall C. Turner, Esq. - Approved

Kaaran E. Thomas, Esq. - Approved

William F. Govier, Esq. - Approved

Jeffery D. Hermann, Esq. – Approved

Lenard E. Schwartzer, Esq. - Approved

August B. Landis, US Trustee - Approvd

SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON

*/s/ Richard F. Holley*
Richard F. Holley, Esq. (NBN 3077)
Ogonna M. Atamoh, Esq. (NBN. 7589)
400 South Street, Third Floor
Las Vegas, NV 89101

###

[08159-02/489468_2]

- 9 -