Form 210A (10/06)

# United States Bankruptcy Court

District Of <u>Nevada</u>

In re <u>November 2005 Land Investors, LLC</u>, Case No. <u>BK-S-09-17474-MKN</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Olympia Land Corporation</u>
Name of Transferee

<u>Martz Agency
7020 East Acoma Dr.
Scottsdale, AZ    85254</u>
Name of Transferor

Name and Address where notices to transferee should be sent:
Olympia Land Corporation
Attn: Douglas W. Hensley
11411 Southern Highlands Pkwy.
Phone: <u>Las Vegas, NV    89141</u>
Last Four Digits of Acct #: _____
Phone: 702-220-6565
Name and Address where transferee payments should be sent (if different from above):

Court Claim # (if known): <u>Schedule F</u>
Amount of Claim: <u>$280.00</u>
Date Claim Filed: _____

Phone: _____
Last Four Digits of Acct. #: _____

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/_____    Date: <u>9-30-09</u>
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.